```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA

WHITNEY BANK                                    CIVIL ACTION

VERSUS                                          NO: 12-420

THE M/V SURVIVOR, ET AL.                        SECTION: "A" (5)
```

### ORDER

The Court having reviewed the unopposed **Motion for Summary Judgment (Rec. Doc. 18)** filed by Whitney Bank, and the Court being persuaded that the motion has merit,

Accordingly;

**IT IS ORDERED** that the **Motion for Summary Judgment (Rec. Doc. 18)** filed by Whitney Bank is **GRANTED**. Whitney Bank is entitled to judgment as a matter of law on its in rem claim against the M/V SURVIVOR.

February 28, 2013

_____
JAY C. ZAINEY
UNITED STATES DISTRICT JUDGE